DAVID A. HUBBERT
Deputy Assistant Attorney General

Timothy J. Huether
D.C. Bar No. 198289
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 307-2124
Fax:     (202) 307-0054
Email: Timothy.Huether@usdoj.gov
          Western.Taxcivil@usdoj.gov
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CATALINA ROBILLARD, | |
| Plaintiff, | Case No. 2:23-cv-01684-JAD-MDC |
| v. | **STIPULATON REGARDING SERVICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## STIPULATION REGARDING SERVICE

Pursuant to LR 7-1, Defendant the United States of America and Plaintiff Catalina Robillard stipulate that the Plaintiff completed service of the complaint on the Defendant on April 18, 2024, when service was effected on the Internal Revenue Service in accordance with Fed. R. Civ. P. 4(i)(1)(C).

//

//

//

STIPULATION REGARDING SERVICE                                          Case No. 2:23-cv-01684-JAD-MDC

1

The Parties further stipulate that the United States must serve its responsive pleading no later than June 17, 2024, which is 60 days after April 18, 2024.

Respectfully submitted this 30th day of April, 2024,

**U.S. DEPT. OF JUSTICE, TAX DIVISION**

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Timothy J. Huether*
Timothy J. Huether
Trial Attorneys, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044

*Attorney for the United States of America*

**KRAMER RAYSON LLP**

*/s/ George R. Arrants, Jr.*
George R. Arrants, Jr. Attorney
800 S Gay Street Ste 2500
Knoxville, TN 37929

**RESNICK & LOUIS, P.C.**

*/s/ Prescott T. Jones*
Prescott T. Jones
8945 West Russell Road Ste 330
Las Vegas, NV 89148

*Attorneys for Plaintiff Catalina Robillard*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier
United States Magistrate Judge

Dated:  5-2-24 , 2024

STIPULATION REGARDING SERVICE

Case No. 2:23-cv-01684-JAD-MDC

2

## CERTIFICATE OF SERVICE

I certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all parties who have appeared in this case and are authorized to receive electronic notice of filings.

*/s/ Timothy J. Huether*
TIMOTHY J. HUETHER
Trial Attorney, Tax Division
U.S. Department of Justice