DAVID A. HUBBERT
Deputy Assistant Attorney General

Timothy J. Huether
D.C. Bar No. 198289
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 307-2124
Fax:    (202) 307-0054
Email: Timothy.Huether@usdoj.gov
       Western.Taxcivil@usdoj.gov
*Attorney for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATALINA ROBILLARD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:23-cv-01684-JAD-MDC<br><br>**STIPULATON AND ORDER TO EXTEND TIME TO FILE REPLY TO PARTIAL MOTION TO DISMISS (Second Request)**<br><br>**ECF No. 31** |

Pursuant to LR IA 6-1, Defendant the United States of America and Plaintiff Catalina Robillard (collectively, the "Parties"), stipulate and move the Court to extend by ten days the deadline for the United States to reply to the Plaintiff's Response in Opposition to the United States' Partial Motion to Dismiss from July 30, 2024, to August 9, 2024.  The Plaintiff's Response in Opposition was filed on July 23.  This request is made so that the United States can consider the new evidence submitted by the Plaintiff with her Response in Opposition.

This is the United States' second request for an extension of deadlines with respect to this motion to dismiss.  The Court previously granted the United States' Motion to Extend

Responsive Pleading Deadline by one day, from June 17, 2024, to June 18, 2024. ECF Nos. 24 and 26.

This request is made before the expiration of the deadline the Parties seek to extend: the deadline for the United States to file a reply to the Plaintiff's Response in Opposition. Under LR 7-2(b), the current deadline for the United States' reply is July 30, 2024.

Good cause exists to grant this extension because it will permit the United States sufficient time to evaluate the new evidence offered by Plaintiff in her Response in Opposition and prepare a more complete and appropriate response in light of the new evidence.

The United States does not seek this extension to hinder or delay this action. Rather it seeks the extension in good faith, for the reasons explained above.

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATION TO EXTEND                                                   Case No. 2:23-cv-01684-JAD-MDC

2

For the above reasons, and for good cause shown, the Parties therefore seek that the United States current **reply deadline be extended by ten days to August 9, 2024.**

Respectfully submitted this 29th day of July, 2024,

| | |
|---|---|
| **U.S. DEPT. OF JUSTICE, TAX DIVISION** | **KRAMER RAYSON LLP** |
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General | /s/ George R. Arrants, Jr.<br>George R. Arrants, Jr. Attorney<br>800 S Gay Street Ste 2500<br>Knoxville, TN 37929 |
| /s/ Timothy J. Huether<br>Timothy J. Huether<br>Trial Attorneys, Tax Division<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C. 20044 | **RESNICK & LOUIS, P.C.**<br><br>/s/ Prescott T. Jones<br>Prescott T. Jones<br>8945 West Russell Road Ste 330<br>Las Vegas, NV 89148 |
| *Attorney for the United States of America* | *Attorneys for Plaintiff Catalina Robillard* |

## ORDER

Based on the parties' stipulation [ECF No. 31] and with good cause appearing, IT IS SO ORDERED.  The reply deadline is extended to August 9, 2024.

_____
Hon. Jennifer A. Dorsey
United States District Judge

Dated: July 30, 2024