# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Catalina Robillard,

Plaintiff,

vs.

United States of America,

Defendant.

**Case No. 2:23-cv-01684-JAD-MDC**

**ORDER RE: CAUSE SHOWN**

On November 18, 2024, the Court issued an Order to Show Cause (ECF 39)("OSC") in the above-captioned action.  The Court noted that the case is over a year old, and that the parties had failed to hold a Federal Rule of Civil Procedure 26(f) initial conference and submit a stipulated discovery plan, in violation of LR 26-1(a) and the Court's August 23, 2024, Order (ECF 37). *Id*. The Court ordered the parties to show cause why the action should not be dismissed, or other sanctions be imposed. *See* ECF No. 39.  The Court further ordered the parties to file a proposed stipulated discovery plan and scheduling order in compliance with LR 26-1(b) by December 2, 2024.  *Id.*

The parties complied with the OSC.  They each filed response briefs (ECF Nos. 40 and 42) and filed proposed stipulated discovery plan and scheduling order (ECF No. 41), which the Court addressed separately.   The Court has reviewed the parties' responses (ECF Nos. 40 and 42) to the OSC and finds that the parties have shown cause.  Therefore, the Court will not impose sanctions at this time.

The Court, however, warns the parties that any continued lagging cannot be tolerated.   The courts have a heavy case load and are tasked with managing and moving those cases along.  Stalled cases burden the courts and backlog dockets.   Plaintiff's out-of-state counsel, George R. Arrants, Esq., is further cautioned about his failure to review this Court's Local Rules or completely appraise himself of the docket entries.  "[O]ut-of-state counsel have a duty to familiarize themselves and comply with

local rules…." *DeLew v. Nevada*, No. 2:00-CV-00460-LRL, 2010 WL 11636127, at \*9 (D. Nev. Jan. 7, 2010). Counsel also has a duty to appraise himself of the court's docket.  *Kuhn v. Sulzer Orthopedics, Inc.*, 498 F.3d 365 (6th Cir. 2007).

For cause shown,

**IT IS ORDERED** that the parties have shown cause why sanctions should not issue and have satisfied the Court's Order to Show Cause (ECF No. 39).

DATED: December 4, 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge