ANTHONY J. IOZZO (NY Bar # 5402649)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 215-6297
Facsimile: (202) 307-0054
Anthony.Iozzo@usdoj.gov
Western.taxcivil@usdoj.gov
*Counsel for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATALINA ROBILLARD,<br><br>Plaintiff, Counter Defendant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, Counter Plaintiff. | Case No. 2:23-cv-01684-JAD-MDC<br><br>**UNITED STATES' MOTION FOR A STAY OF THE DISPOSITIVE MOTION AND PRETRIAL ORDER DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The United States of America hereby moves for a stay of the dispositive motion and pretrial order deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendant/Counter Plaintiff. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant/Counter Plaintiff are prohibited from working, even on a voluntary basis, except

Motion for a Stay of
Dispositive Motion and Pretrial Order
Deadlines
(Case No. 2:23-cv-01684-JAD-MDC)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495

1

1. in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the dispositive motion and pretrial order deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. On October 15, 2025, undersigned counsel spoke with opposing counsel about this motion. Opposing counsel has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the dispositive motion and pretrial order deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 15, 2025

Respectfully submitted,

/s/ Anthony J. Iozzo
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States of America*

IT IS SO ORDERED.

Hon. Maximiliano C. Couvillier III
United States Magistrate Judge
Dated: 11/12/25

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 15, 2025, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared here and are eligible to receive CM/ECF notices.

/s/ *Anthony J. Iozzo*
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice

Motion for a Stay of
Dispositive Motion and Pretrial Order
Deadlines
(Case No. 2:23-cv-01684-JAD-MDC)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6495