**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Catalina Robillard,<br>Plaintiff<br>v.<br>United States of America, et al.,<br>Defendants | Case No.: 2:23-cv-01684-JAD-MDC<br><br>**Order Dismissing Case under FRCP 25(a)(1)** |

On May 27, 2026, counsel for Plaintiff Catalina Robillard filed a notice that Ms. Robillard has died.[1] Federal Rule of Civil Procedure 25(a)(1) states that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. . . . If the motion [to substitute] is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Because the statement noting Robillard's death was filed on May 27, 2026, the deadline for substitution was August 27, 2026. That deadline passed with no motion for substitution. IT IS THEREFORE ORDERED that **THIS CASE IS DISMISSED** under FRCP 25(a)(1). The Clerk of Court is directed to **CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: September 8, 2026

[1] ECF No. 61.